IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION



FILED
U.S. DIST. COURT
BRUNSWICK DIV

2005 MAY -4 A 8 2

CLERK

| | |
|---|---|
| RUSSELL HERRIN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. CV504-117 |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Elizabeth H. Bondurant for the periods of June 20, 2005, through June 29, 2005, and July 21, 2005, through and including August 9, 2005, in the captioned case. (Doc. 12.)

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   5:04-cv-00117
Date Served:   May 4, 2005
Served By:     Lee G. LaVictoire

Attorneys Served:

    Bryant H. Bower Jr., Esq.
    Elizabeth J. Bondurant, Esq.
    Kenton J. Coppage, Esq.

\_\_\_\_ Copy placed in Minutes

\_\_✓\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate